U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

AUG 26 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **PEGGY FRANKLAND** | : | DOCKET NO. 07-cv-1767 |
| VS. | : | JUDGE MINALDI |
| **STATE FARM FIRE & CASUALTY COMPANY, ET AL** | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

IT IS ORDERED that plaintiff's claims against defendant Peter J. Gostyla be and are hereby SEVERED from the remaining claims.

IT IS FURTHER ORDERED that plaintiff's Motion to Remand [Doc. 6] be and is hereby DENIED as to defendant State Farm Fire & Casualty Company.

IT IS FURTHER ORDERED that plaintiff's Motion to Remand [Doc. 6] be and is hereby GRANTED as to defendant Peter J. Gostyla.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of August, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE