UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| PEGGY FRANKLAND, | * | CIVIL ACTION NO. 2:07CV1767 |
|---|---|---|
| | * | |
| Plaintiff, | * | JUDGE MINALDI |
| | * | |
| VERSUS | * | MAGISTRATE JUDGE KAY |
| | * | |
| STATE FARM FIRE AND CASUALTY | * | |
| COMPANY AND PETER J. GOSTYLA | * | |
| DBA PETER J. GOSTYLA, | * | |
| | * | |
| Defendants. | * | |

*****************************************************************************

## STATE FARM FIRE & CASUALTY COMPANY'S
## MOTION IN LIMINE/MOTION TO EXLUDE

NOW INTO COURT, through undersigned counsel, comes **State Farm Fire and Casualty Company** ("State Farm"), who moves this Honorable Court to exclude evidence pertaining to testimony of Kermith Sonnier and the Cost Control Services Estimate dated in October 2007 for the reasons more fully set forth in the attached Memorandum in Support of Motion, and exhibits attached thereto

WHEREFORE, Defendant STATE FARM FIRE AND CASUALTY COMPANY prays its Motion in Limine/Motion to Exclude Evidence pertaining to testimony of Kermith Sonnier and the Cost Control Services Estimate dated October 2007 be granted.

Respectfully submitted,

STOCKWELL, SIEVERT, VICCELLIO,
CLEMENTS & SHADDOCK, L.L.P.


BY:      s/ Todd M. Ammons
         TODD M. AMMONS (#21441)
         One Lakeside Plaza, 4th Floor
         P.O. Box 2900
         Lake Charles, LA  70602
         Attorneys for State Farm Fire and
         Casualty Company

2

3

**CERTIFICATE OF SERVICE**

This certifies that a true and correct copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the following by operation of the court's electronic filing system.

>Jackie South
>501 Broad St.
>P. O. Box 3010
>Lake Charles, LA 70602

Attorney for Plaintiff, Peggy Frankland.

Lake Charles, Louisiana on this 6th day of July, 2009.

>s/ Todd M. Ammons_____
>TODD M. AMMONS