UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PEGGY FRANKLAND | * | CIVIL ACTION NO. 2:07CV1767 |
| | * | |
| Plaintiff, | * | JUDGE MINALDI |
| | * | |
| VERSUS | * | MAGISTRATE JUDGE KAY |
| | * | |
| STATE FARM FIRE AND CASUALTY | * | |
| COMPANY AND PETER J. GOSTYLA | * | |
| DBA PETER J. GOSTYLA | * | |
| | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the foregoing Motion in Limine:

**IT IS HEREBY ORDERED that STATE FARM FIRE AND CASUALTY INSURANCE COMPANY'S** Motion in Limine/Motion to Exclude Evidence pertaining to testimony of Kermith Sonnier and the Cost Control Services Estimate dated October 2007 is hereby GRANTED.

THUS DONE AND SIGNED on this the _____ day of _____, 2009.

_____
JUDGE/MAGISTRATE